**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARK COLWELL, Individually and on Behalf of All Others Similarly Situated, | Case No: 1:21-cv-06637 |
| Plaintiff, | Honorable John F. Kness |
| v. | |
| EXICURE, INC., DAVID A. GILJOHANN, and BRIAN C. BOCK, | |
| Defendants. | |

**DECLARATION OF CARL V. MALMSTROM IN SUPPORT OF**
**MOTION TO APPOINT SAM UEMURA AS LEAD PLAINTIFF AND FOR**
**APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Carl V. Malmstrom, hereby declares;

1.      I am an attorney with Wolf Haldenstein Adler Freeman & Herz LLC, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Sam Uemura ("Movant") to be appointed Lead Plaintiff for the Class and for approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLC as Liaison Counsel for the Class.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a PSLRA early notice issued on December 13, 2021.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

1

6.      Attached hereto as Exhibit 5 is a copy of the firm resume of Wolf Haldenstein Adler Freeman & Herz LLC.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2022, in Chicago, Illinois.


_/s/ Carl V. Malmstrom_
Carl V. Malmstrom

2

3

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Carl V. Malmstrom, one of the attorneys for plaintiff, hereby certify that on February 11, 2022, service of the foregoing ***Declaration of Carl V. Malmstrom in Support of Motion of Sam Uemura for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom