# EXHIBIT 3

**Exicure, Inc. Loss Chart**
**Class Period: March 11, 2021 through November 15, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $ 0.29 |
| Uemura, Sam | 4/14/2021 | 25,000 | ($1.90) | ($47,500.00) | | | | | 25,000 | $7,323.75 | ($40,176.25) | |