## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| MARK COLWELL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:21-cv-06637 Judge John F. Kness Magistrate Judge Jeffrey T. Gilbert |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | |
| EXICURE, INC., DAVID A. GILJOHANN, and BRIAN C. BOCK | ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF THE MOTION OF JAMES MATHEW FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Elizabeth A. Fegan, declare as follows:

1.      I am a member in good standing of the bar of the State of Illinois and of this Court. I am a Partner of the law firm of Fegan Scott LLC.  I submit this declaration in support of the Motion filed by James Mathew ("Mathew") for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Declaration of Mathew; |
| EXHIBIT B: | Notice of pendency of *Colwell v. Exicure, Inc.*, 1:21-cv-06637 (N.D. Ill.) published on December 13, 2021; |
| EXHIBIT C: | Notice of the filing of the Amended Class Action Complaint in *Colwell v. Exicure, Inc.* published on February 4, 2022; |
| EXHIBIT D: | Certification of Mathew; |
| EXHIBIT E: | Chart reflecting financial interest of Mathew; and |
| EXHIBIT F: | Firm Resume of BFA. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of February 2022.

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan