# EXHIBIT C





# Glancy Prongay & Murray LLP Expands Class Period in the Securities Fraud Lawsuit Against Exicure, Inc. (XCUR)

February 04, 2022 08:17 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed an amended class action complaint in the United States District Court for the Northern District of Illinois captioned *Colwell v. Exicure, Inc., et al.,* (Case No. 21-cv-6637), expanding the class definition to encompass persons and entities that purchased or otherwise acquired Exicure, Inc. ("Exicure" or the "Company") (NASDAQ: XCUR) securities between **January 7, 2021 and December 10, 2021**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Exicure investors have until **February 11, 2022** to file a lead plaintiff motion.

If you suffered a loss on your Exicure investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/exicure-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On November 15, 2021, after the market closed, Exicure filed a Form 12b-25 with the SEC stating that it could not timely file its quarterly report for the period ended September 30, 2021. It explained that the Company was investigating "a claim made by a former Company senior researcher regarding alleged improprieties that researcher claims to have committed with respect to the Company's XCUR-FXN preclinical program for the treatment of Friedreich's ataxia."

On this news, the Company's stock price fell $0.293, or 27.4%, to close at $0.777 per share on November 16, 2021, on unusually heavy trading volume.

Then, on November 19, 2021, before the market opened, Exicure issued a press release titled "Exicure, Inc. Reports Third Quarter 2021 Financial Results and Corporate Progress." Therein, Exicure disclosed that "[t]he Audit Committee has retained external counsel to conduct an internal investigation" regarding the claim by a former Company senior researcher regarding alleged improprieties with respect to the Company's XCUR-FXN preclinical program, and that "[t]he Company is currently unable to predict the timing or outcome of the investigation."

On this news, the Company's stock price fell $0.198, or 30%, to close at $0.46 per share on November 19, 2021, on unusually heavy trading volume.

On December 10, 2021, after the market closed, Exicure issued a press release titled "Exicure, Inc. Announces Results of Internal Investigation and Implementation of Strategic Measures to Reduce Cash Burn and Prioritize Pipeline Focus." Therein, Exicure announced the "results of its previously disclosed independent internal investigation" and disclosed that

"misreported data was included in various public presentations and SEC filings from as early as January 7, 2021 through as late as August 12, 2021," that the data related to the efficacy of XCUR-FXN. The Company also announced that in response the wrongdoing, the Company was implementing "[a] staggered workforce reduction of approximately 50%, expected to be completed by January 2022," and an "[i]ndefinite suspension of further development of the Company's XCUR-FXN program for the treatment of Friedreich's ataxia." The Company further disclosed that "Douglas Feltner, M.D., the Company's Chief Medical Officer, has agreed to assist in the wind down of the cavrotolimod and XCUR-FXN programs and will depart the Company on January 31, 2022." Exicure also replaced its Chief Executive Officer, Dr. David Giljohann, who would serve as Chief Technology Officer through January 31, 2022.

On this news, the Company's stock price fell $0.185, or 40.1%, to close at $0.27 per share on December 13, 2021 (the next trading day following December 10, 2021), on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that there had been certain improprieties in Exicure's preclinical program for the treatment of Friedreich's ataxia; (2) that Exicure lacked effective internal controls over the collection, analysis, and dissemination of data relating to Exicure's preclinical program for the treatment of Friedreich's ataxia; (3) that, as a result, the Company misreported the efficacy of XCUR-FXN in various public presentations and SEC filings from (at least) January 7, 2021 through August 12, 2021; (4) that, as a result, the Company would have to suspend its development of XCUR-FXN for the treatment of Friedreich's ataxia; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Exicure securities during the Class Period, you may move the Court no later by **February 11, 2022** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts
Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.com