# EXHIBIT E

Financial Interest Analysis for James Mathew
Class Period: January 7, 2021 - December 10, 2021

**FIFO/LIFO - Exicure, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/7/2021 | 0.00 | | |
| Purchase | 1/14/2021 | 21,000.00 | $2.4285 | ($50,998.50) |
| Purchase | 1/21/2021 | 1,103.00 | $2.2200 | ($2,448.66) |
| Purchase | 1/25/2021 | 30,000.00 | $2.2200 | ($66,600.00) |
| Purchase | 4/12/2021 | 30,000.00 | $1.9500 | ($58,500.00) |
| Purchase | 6/22/2021 | 11,839.00 | $1.5000 | ($17,758.50) |
| Purchase | 6/23/2021 | 38,161.00 | $1.5000 | ($57,241.50) |
| *Total Class Period Purchases* | | 132,103.00 | | ($253,547.16) |
| None | | | | |
| *Total Class Period Sales Matching to Class* | | 0.00 | | $0.00 |
| Retained Shares [1] | | 132,103.00 | $0.2013 | $26,593.26 |

**FIFO/LIFO Gain/(Loss):** ($226,953.90)

**FIFO/LIFO Based on Dura [2] - Exicure, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/7/2021 | 0.00 | | |
| Purchase | 1/14/2021 | 21,000.00 | $2.4285 | ($50,998.50) |
| Purchase | 1/21/2021 | 1,103.00 | $2.2200 | ($2,448.66) |
| Purchase | 1/25/2021 | 30,000.00 | $2.2200 | ($66,600.00) |
| Purchase | 4/12/2021 | 30,000.00 | $1.9500 | ($58,500.00) |
| Purchase | 6/22/2021 | 11,839.00 | $1.5000 | ($17,758.50) |
| Purchase | 6/23/2021 | 38,161.00 | $1.5000 | ($57,241.50) |
| *Total Class Period Purchases* | | 132,103.00 | | ($253,547.16) |
| None | | | | |
| *Total Class Period Sales Matching to Class* | | 0.00 | | $0.00 |
| Retained Shares [1] | | 132,103.00 | $0.2013 | $26,593.26 |

**FIFO/LIFO Gain/(Loss) Based on Dura:** ($226,953.90)

[1] *Shares retained at the end of the Class Period are valued at the average price from December 13, 2021 to February 11, 2022*

[2] *Dura loss is the summation of the cost of Class Period purchases held through at least one of the Disclosures, proceeds of sales matched to purchases held through at least one of the Disclosures (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosures during the Class Period occurred on 11/15/2021, 11/19/2021 and 12/10/2021 (the "Disclosures").*