**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARK COLWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXICURE, INC., DAVID A. GILJOHANN, and BRIAN C. BOCK<br><br>　　　　Defendants. | Case No. 1:21-cv-06637-JFK<br><br>CLASS ACTION<br><br>Honorable John F. Kness |

**DECLARATION OF KATRINA CARROLL**
**IN SUPPORT OF MOTION OF MARTIN GUI FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Katrina Carroll, hereby declare that:

1.　　I am a member in good standing of the Bar of this Court, and a Partner at the law firm of Lynch Carpenter, liaison counsel for proposed Lead Plaintiff Martin Gui ("Movant").

2.　　I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I am informed and believe that the matters stated herein are true and correct and, if called upon, I could and would competently testify thereto.

3.　　Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant attesting to his transactions in Exicure, Inc. securities during the Class Period.

4.　　Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's estimated losses in Exicure securities during the Class Period.

5.　　Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on December 13, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Lynch Carpenter LLP.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: February 11, 2022

*/s/ Katrina Carroll*
KATRINA CARROLL

## CERTIFICATE OF SERVICE

I, Katrina Carroll, the undersigned attorney, hereby certify that on the 11th day of February, 2022, I caused to be served a copy of the Declaration of Katrina Carroll in Support of Motion of Martin Gui for Appointment as Lead Plaintiff and Approval of Selection of Counsel via the Court's CM/ECF system, on all counsel of record.

/s/ *Katrina Carroll*
Katrina Carroll