# EXHIBIT B

**Exicure, Inc.**

| | |
|---|---|
| Company Name | Exicure, Inc. |
| Ticker Symbol | XCUR |
| Security Type | Common Stock |
| Class Period Start | 01/07/2021 |
| Class Period End | 12/10/2021 |
| 90-DAY Lookback Period Start | 12/11/2021 |
| 90-DAY Lookback Period End | 02/11/2022 |
| 90-DAY Lookback Average | $0.2013 |

| **Movant** | **Loss** |
|---|---|
| Martin Gui | ($295,183.64) |
| **Total Loss** | **($295,183.64)** |

| Client Name | Martin Gui |
|---|---|
| Company Name | Exicure, Inc. |
| Ticker Symbol | XCUR |
| Security Type | Common Stock |
| Class Period Start | 01/07/2021 |
| Class Period End | 12/10/2021 |
| 90-DAY Lookback Period Start | 12/11/2021 |
| 90-DAY Lookback Period End | 02/11/2022 |
| 90-DAY Lookback Average | $0.2013 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($295,183.64) |
| Net Shares Retained | 112,666.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 8/2/2021 | 300000 | $1.85 | ($555,000.00) | | | ($555,000.00) |
| 8/2/2021 | -100000 | | | $1.94 | $194,000.00 | ($361,000.00) |
| 8/3/2021 | 100000 | $1.64 | ($164,000.00) | | | ($525,000.00) |
| 8/6/2021 | 44831 | $1.31 | ($58,728.61) | | | ($583,728.61) |
| 8/11/2021 | 205169 | $1.18 | ($242,099.42) | | | ($825,828.03) |
| 8/12/2021 | -4782 | | | $1.24 | $5,929.68 | ($819,898.35) |
| 8/17/2021 | -245218 | | | $1.11 | $272,191.98 | ($547,706.37) |
| 10/11/2021 | -64234 | | | $1.26 | $80,934.84 | ($466,771.53) |
| 10/13/2021 | -118738 | | | $1.21 | $143,672.98 | ($323,098.55) |
| 10/13/2021 | -3 | | | $1.22 | $3.66 | ($323,094.89) |
| 10/15/2021 | -4359 | | | $1.20 | $5,230.80 | ($317,864.09) |
| **Retained Shares** | 112,666 | | | | **Subtotal** | ($317,864.09) |
| | | | | | **Retained Share Value** | $22,680.45 |
| | | | | | **Total** | ($295,183.64) |