**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| MARK COLWELL, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 1:21-cv-06637 Judge John F. Kness Magistrate Judge Jeffrey T. Gilbert |
| Plaintiff, ) ) | CLASS ACTION |
| v. ) ) | |
| EXICURE, INC., DAVID A. GILJOHANN, and BRIAN C. BOCK ) ) ) | |
| Defendants. ) ) ) | |

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF THE MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF JAMES MATHEW FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTION**

I, Elizabeth A. Fegan, declare as follows:

1.　　　I am a member in good standing of the bar of the State of Illinois and of this Court. I am a Partner of the law firm of Fegan Scott LLC.  I submit this declaration in support of the memorandum of law in further support of the motion filed by James Mathew ("Mathew") for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Bleichmar Fonti & Auld LLP to serve as Lead Counsel for the Class; (3) for any such further relief as the Court may deem just and proper; and (4) in opposition to the competing Lead Plaintiff motion.

2.　　　Attached as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:　　Chart depicting the calculation of Martin Gui's recoverable losses under *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005) ("*Dura*") prepared by counsel for Mathew;

EXHIBIT B:　　Chart depicting the calculation of Jeffrey Coleman's recoverable losses under *Dura* prepared by counsel for Mathew;

EXHIBIT C:　　Chart depicting the calculation of Sam Uemura's recoverable losses under *Dura* prepared by counsel for Mathew.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of February 2022.


*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan