# EXHIBIT A

**Financial Interest Analysis for Martin Gui**
**Class Period: January 7, 2021 - December 10, 2021**

**FIFO Based on Dura [1] - Exicure, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/7/2021 | 0.00 | | |
| Purchase | 8/2/2021 | 112,666.00 | $1.8500 | ($208,432.10) |
| Purchase | 8/2/2021 | 87,334.00 | $1.8500 | ($161,567.90) |
| Purchase | 8/2/2021 | 100,000.00 | $1.8500 | ($185,000.00) |
| Sale | 8/2/2021 | -100,000.00 | $1.9400 | $194,000.00 |
| Purchase | 8/3/2021 | 100,000.00 | $1.6400 | ($164,000.00) |
| Purchase | 8/6/2021 | 44,831.00 | $1.3100 | ($58,728.61) |
| Purchase | 8/11/2021 | 92,503.00 | $1.1800 | ($109,153.54) |
| Sale | 8/12/2021 | -4,782.00 | $1.2400 | $5,929.68 |
| Sale | 8/17/2021 | -245,218.00 | $1.1100 | $272,191.98 |
| Sale | 10/11/2021 | -64,234.00 | $1.2600 | $80,934.84 |
| Sale | 10/13/2021 | -118,738.00 | $1.2100 | $143,672.98 |
| Sale | 10/13/2021 | -3.00 | $1.2200 | $3.66 |
| Sale | 10/15/2021 | -4,359.00 | $1.2000 | $5,230.80 |
| *Class Period Purchases Sold prior to 11/15/2021 Initial Disclosure and / or Class Period Shares Purchased and Sold Between Disclosures* | | 0.00 | | ($184,918.21) *Gain/(Loss) on "In-and-Out" Transactions Prior to 11/15/2021 Initial Disclosure* |
| Purchase | 8/11/2021 | 112,666.00 | $1.1800 | ($132,945.88) |
| *Class Period Purchases Retained Through 11/15/2021, 11/19/2021 and / or 12/10/2021 Disclosures and Matching Sales (if Any)* | | 112,666.00 | | ($132,945.88) |
| Retained Shares [2] | | 112,666.00 | $0.2013 | $22,680.45 |

**FIFO Gain/(Loss) Based on Dura:** ($110,265.43)

**LIFO Based on Dura [1] - Exicure, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/7/2021 | 0.00 | | |
| Purchase | 8/2/2021 | 187,334.00 | $1.8500 | ($346,567.90) |
| Sale | 8/2/2021 | -100,000.00 | $1.9400 | $194,000.00 |
| Purchase | 8/3/2021 | 100,000.00 | $1.6400 | ($164,000.00) |
| Purchase | 8/6/2021 | 44,831.00 | $1.3100 | ($58,728.61) |
| Purchase | 8/11/2021 | 92,503.00 | $1.1800 | ($109,153.54) |
| Purchase | 8/11/2021 | 112,666.00 | $1.1800 | ($132,945.88) |
| Sale | 8/12/2021 | -4,782.00 | $1.2400 | $5,929.68 |
| Sale | 8/17/2021 | -245,218.00 | $1.1100 | $272,191.98 |
| Sale | 10/11/2021 | -64,234.00 | $1.2600 | $80,934.84 |
| Sale | 10/13/2021 | -118,738.00 | $1.2100 | $143,672.98 |
| Sale | 10/13/2021 | -3.00 | $1.2200 | $3.66 |
| Sale | 10/15/2021 | -4,359.00 | $1.2000 | $5,230.80 |
| *Class Period Purchases Sold prior to 11/15/2021 Initial Disclosure and / or Class Period Shares Purchased and Sold Between Disclosures* | | 0.00 | | ($109,431.99) *Gain/(Loss) on "In-and-Out" Transactions Prior to 11/15/2021 Initial Disclosure* |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 8/2/2021 | 112,666.00 | $1.8500 | ($208,432.10) |
| *Class Period Purchases Retained Through 11/15/2021, 11/19/2021 and/or 12/10/2021 Disclosures and Matching Sales (if Any)* | | **112,666.00** | | **($208,432.10)** |
| Retained Shares [2] | | 112,666.00 | $0.2013 | $22,680.45 |
| | | **LIFO Gain/(Loss) Based on Dura:** | | **($185,751.65)** |

[1] *Dura loss is the summation of the cost of Class Period purchases held through at least one of the Disclosures, proceeds of sales matched to purchases held through at least one of the Disclosures (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosures during the Class Period occurred on 11/15/2021, 11/19/2021 and 12/10/2021 (the "Disclosures").*

[2] *Shares retained at the end of the Class Period are valued at the average price from December 13, 2021 to February 11, 2022*