**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Mark Colwell

                    Plaintiff,

v.                                                          Case No.: 1:21−cv−06637
                                                            Honorable John F. Kness

Exicure Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 20, 2023:

        MINUTE entry before the Honorable John F. Kness: For the reasons provided in the accompanying opinion [55], the motion [19] of James Mathew for appointment as lead plaintiff and approval of his selection of lead counsel is granted. Martin Gui's motion [22] to be appointed lead plaintiff is denied. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.