# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Mark Colwell

      Plaintiff,

v.

Exicure Inc., et al.

      Defendant.

            Case No.: 1:21–cv–06637
            Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

    MINUTE entry before the Honorable John F. Kness: Lead Plaintiff's unopposed motion [97] for preliminary approval of a proposed class action settlement is granted. Enter separate preliminary approval order. A final settlement approval hearing is set for 1/13/2025 at 1:30 p.m. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.