UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARK COLWELL, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

EXICURE, INC., DAVID A. GILJOHANN,
BRIAN C. BOCK, and GRANT T. CORBETT,

Defendants.

Case No. 1:21-CV-06637

Honorable John F. Kness

**LEAD COUNSEL'S NOTICE OF MOTION FOR
ATTORNEYS' FEES, LITIGATION EXPENSES, AND
LEAD PLAINTIFF'S REASONABLE COSTS AND EXPENSES**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Court's October 8, 2024 Notice Order (ECF No. 103), Lead Counsel Bleichmar Fonti & Auld LLP, with the support of Lead Plaintiff James Mathew, hereby moves for the award of: (1) attorneys' fees, (2) litigation expenses, and (3) reasonable costs and expenses to Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995.[1]

This motion is based on the accompanying Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Lead Plaintiff's Reasonable Costs and Expenses; the Declaration of Evan A. Kubota in Support of: (I) Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement and (II) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Lead Plaintiff's Reasonable Costs and Expenses

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement (the "Stipulation," ECF No. 99).

(the "Kubota Declaration"); the exhibits to the Kubota Declaration; and all prior and further papers and proceedings herein.

Pursuant to the Court's Notice Order, any objections to the proposed awards are due on December 23, 2024.  As of December 9, 2024, no objections have been received.  As provided in the Notice Order, and in the interest of judicial economy, Lead Counsel will file reply papers by January 6, 2025 that will respond to any objections received.

Dated: December 9, 2024

By:  */s/ Joseph A. Fonti*

Joseph A. Fonti (*pro hac vice*)
Evan A. Kubota (*pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301
New York, NY 10022
Tel.: (212) 789-1340
jfonti@bfalaw.com
ekubota@bfalaw.com

*Counsel for Lead Plaintiff James Mathew*
*and Lead Counsel for the Class*

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
beth@feganscott.com

*Local Counsel for Lead Plaintiff*
*James Mathew*

Brian Schall (*pro hac vice*)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*
*James Mathew*