**EXHIBIT B**

*Colwell v. Exicure, Inc.*, No. 1:21-CV-06637

## Summary of BFA Timekeeper Qualifications, Experience, and Role in the Litigation

## PARTNERS

**Javier Bleichmar** (42.6 hours): Mr. Bleichmar is a founding Partner of BFA and leads the firm's U.S. Case Evaluation and U.S. Securities Litigation teams. He is a 1998 graduate of Columbia University Law School. Mr. Bleichmar was primarily involved in the mediation process and settlement negotiations.

**Joseph A. Fonti** (90.8 hours): Mr. Fonti is a founding Partner of BFA and leads the firm's U.S. Securities Litigation team. He is a 1999 graduate of the New York University Law School. Mr. Fonti was primarily involved in litigation strategy, preparing the Second Amended Complaint, and the mediation process and settlement negotiations.

**Evan A. Kubota** (226.3 hours): Mr. Kubota is a Partner at BFA and a 2010 graduate of Harvard Law School. From the inception of the matter, Mr. Kubota oversaw the day-to-day prosecution of the Litigation, and oversaw all aspects of the case, including: (i) researching and drafting the Second Amended Complaint; (ii) overseeing the investigation to locate former Exicure employees in connection with the Second Amended Complaint; (iii) developing litigation strategy and working with Lead Plaintiff's consulting damages expert; (iv) participating in the mediation process and settlement negotiations, including drafting Lead Plaintiff's mediation statement; and (v) preparing the preliminary approval and final approval motion papers, including the Plan of Allocation, settlement notice documents, and related submissions.

## ASSOCIATES

**William Green** (45.6 hours): Mr. Green is an Associate at BFA and a 2013 graduate of Washington University in St. Louis School of Law. Mr. Green was primarily involved in conducting research in connection with the drafting of the Second Amended Complaint.

**Mathew Hough** (23.7 hours): Mr. Hough was an Associate at BFA and graduated from Boston University School of Law in 2017. Mr. Hough was primarily involved in conducting research in connection with the drafting of the Second Amended Complaint.

**Thayne Stoddard** (37.4 hours): Mr. Stoddard is an Associate at BFA and a 2014 graduate of Duke University School of Law. Mr. Stoddard was primarily involved in preparing the preliminary approval and final approval motion papers, including the Plan of Allocation, settlement notice documents, and related submissions.

2

**PARALEGALS**

**Masiel Feliz** (15.3 hours): Ms. Feliz is a paralegal at BFA. She was primarily involved in (i) compiling and organizing documents for use in connection with the Second Amended Complaint, (ii) maintaining records of documents filed in the Litigation; and (iii) filing submissions to the Court.