**EXHIBIT C**

*Colwell v. Exicure, Inc.*, No. 1:21-CV-06637

**Summary Chart of BFA's Hours and Lodestar**

From Inception to November 30, 2024

| Timekeeper | Role | Rate | Hours | Lodestar |
|---|---|---|---|---|
| Bleichmar, Javier | Partner | $1,250 | 42.6 | $53,250 |
| Fonti, Joseph A. | Partner | $1,250 | 90.8 | $113,500 |
| Kubota, Evan A. | Partner | $950 | 226.3 | $214,985 |
| Green, William | Associate | $650 | 45.6 | $29,640 |
| Hough, Mathew | Associate | $665 | 23.7 | $15,760 |
| Stoddard, Thayne | Associate | $795 | 37.4 | $29,733 |
| Feliz, Masiel | Paralegal | $395 | 15.3 | $6,044 |
| **Totals** | | | **481.7** | **$462,912** |