**EXHIBIT G**

*Colwell v. Exicure, Inc.*, No. 1:21-CV-06637

### Summary of BFA's Expenses

| Expense Category | | Amount |
|---|---|---|
| Expert Fees | | $32,206 |
|    Peregrine Economics LLC | $4,879 | |
|    Global Economics Group, LLC | $27,327 | |
| Litigation Support Vendor Fees | | $11,208 |
|    On Point Investigations, LLC | $11,208 | |
| Mediation Fees | | $28,160 |
|    JAMS, Inc. | $28,160 | |
| Service & Filing Fees | | $300 |
| Transfer List | | $4,483 |
| Computer Research | | $286 |
| Accommodations | | $228 |
| Local Transportation | | $69 |
| Out-of-Town Transportation | | $341 |
| **Total Expenses** | | **$77,281** |