## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Mark Colwell

          Plaintiff,

v.

Exicure Inc., et al.

          Defendant.

Case No.: 1:21−cv−06637

Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

      MINUTE entry before the Honorable John F. Kness: Final settlement fairness hearing held on 1/13/2025. Counsel for both parties appeared. For the reasons stated on the record and with no objections, the Motion for Final Approval of Proposed Class Action Settlement [104] and Motion for attorney fees [106] are granted. The following orders are entered separately: Order Approving Plan of Allocation; Final Judgment Approving Settlement; and Order Granting Approval of Attorneys' Fees, Costs, and Incentive Award to the Class Representative. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.