**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| MARK COLWELL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EXICURE, INC., DAVID A. GILJOHANN, BRIAN C. BOCK, and GRANT T. CORBETT, <br><br> Defendants. | Case No. 1:21-cv-06637 <br><br> Honorable John F. Kness |

**ORDER APPROVING PLAN OF ALLOCATION**

This matter came before the Court for hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Class Notice (the "Notice Order") (Dkt. 103), on Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement, which seeks approval of the Plan of Allocation contained in the Long-Form Notice (Dkt. 99-3). Full and adequate notice having been given to the Settlement Class as required in the Notice Order, and the Court having considered all papers filed and proceedings had herein, and otherwise being fully informed in the premises and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

This Order incorporates by reference the definitions in the Stipulation of Settlement (the "Stipulation") (Dkt. 99), and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

This Court has jurisdiction over the subject matter of the Litigation and over all Parties to the Litigation, including all Members of the Settlement Class.

The Court finds that the Settlement Class Members received the best notice practicable under the circumstances of these proceedings and of the Plan of Allocation, and that this notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7), as amended by the Private Securities Litigation Reform Act, due process, and any other applicable law.

There have been no objections to the Plan of Allocation.

The Plan of Allocation set forth in the Long-Form Notice (Dkt. 99-3) provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Authorized Claimants, and is in all respects fair and reasonable.

Accordingly, the Court hereby approves the Plan of Allocation set forth in the Long-Form Notice.

There is no just reason for delay in the entry of this Order, and the Court directs immediate entry of this Order by the Clerk of the Court.

SO ORDERED in No. 21-cv-06637.

Date: January 13, 2025

_____
JOHN F. KNESS
United States District Judge

2